Soojin Youn, State Bar No. 331888
LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:   (213) 623-2211
Emails: syoun@lhlaw.com

Attorneys for Applicant
Siwon Choi

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Siwon Choi,<br><br>            Applicant. | Case No.:<br><br>**DECLARATION OF SIWON CHOI IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

1

**DECLARATION OF SIWON CHOI**

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

I, Siwon Choi, declare as follows:

1.      I am over the age of 18 years old, am competent to testify on the matters stated in this declaration, and have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2.      This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 authorizing discovery for use in a foreign proceeding (the "Application").

3.      I am a singer and member of the South Korean boy band Super Junior and I reside in South Korea. Since debuting in 2005, I have built up my entertainment career in the cultural and artistic sphere through extensive activities as both a singer and actor and continue to actively pursue my career both domestically and internationally. I have occasionally expressed my views on domestic and international current affairs and political issues on social media, but some internet users holding differing opinions have taken to social media to go far beyond the reasonable expression of disagreement, devolving instead into indiscriminate criticism and personal attacks directed at me. These attacks have become increasingly malicious and disparaging.

4.      Specifically, ten (10) anonymous internet users (collectively, the "Users") posted defamatory and disparaging statements insulting and attacking me from about November 11, 2025 through around February 23, 2026 (collectively, the "Posts") on the social media platforms X (formerly Twitter) and YouTube. The Posts contain "hate comments" against me that are hostile and offensive and personally attack me in an extremely demeaning manner. The Posts, as described below,[1] either reference my name directly or are in response to other social media posts referencing me:

        a.      The Post of the User of the X account named "거래계" with handle @inside0323 was published on or about November 11, 2025.[2] The Post contains insulting and

---

[1] I have reviewed the Posts. The descriptions of the Posts herein include English translations of Korean-language statements. I am sufficiently fluent in both English and Korean to verify that the English translations are accurate.

[2] This Post is publicly accessible at the URL https://x.com/inside0323/status/1988185014874538179, as of June 3, 2026.

2
**DECLARATION OF SIWON CHOI**

derisive statements against me, including the following (as partially translated from statements originally in Korean): "Siwon Choi, stop being in [Super Junior]"; "It's disgusting when you show up"; and "Get out of here, you bastard #Siwon Choi_out." A true and correct copy of a screenshot of this Post is attached as **Exhibit 1**.

b.      The Post of the User of the X account named "애오" with handle @chyulullu was published on or about November 11, 2025.[3] The Post contains insulting and derisive statements against me, including the following (as translated from statements originally in Korean): "By my standards, [Siwon] Choi is a kid who keeps causing major screw-ups, and he's nothing more than a person who gets recommended for politics solely on the strength of his reactions and public image…lollll." A true and correct copy of a screenshot of this Post is attached as **Exhibit 2**.

c.      The Post of the User of the X account named "린도 🌼" with handle @sjd103 was published on or about November 11, 2025.[4] The Post contains insulting and derisive statements against me, including the following (as translated from statements originally in Korean): "Did this guy suddenly get old and :'( go senile? What's wrong with him? For real." A true and correct copy of a screenshot of this Post is attached as **Exhibit 3**.

d.      The Post of the User of the X account named "새벽" with handle @superjuniorpstr was published on or about November 13, 2025.[5] The Post contains insulting and derisive statements against me, including the following (as translated from statements originally in Korean): "If you're going to act foolishly out of some pathetic pride and sheer stupidity, then you should just leave. Why are you holding onto the title of a '[K-pop] idol'? Because you like the money, even in the midst of this?" A true and correct copy of a screenshot of this Post is attached as **Exhibit 4**.

[3] This Post is publicly accessible at the URL https://x.com/chyulullu/status/1988308267161055341, as of June 3, 2026.

[4] This Post is publicly accessible at the URL https://x.com/sjdl03/status/1988313245523079340, as of June 3, 2026.

[5] This Post is publicly accessible at the URL https://x.com/superjuniorpstr/status/1988923301046153610, as of June 3, 2026.

**DECLARATION OF SIWON CHOI**

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

e.    The Post of the User of the X account named "mi 愛" with handle @nctshunty was published on or about November 16, 2025.[6] The Post is a comment posted in response to a group photograph in which I am present that was posted by Super Junior's official X account, and it contains the following insulting and derisive statement against me: "Put that bitch ass siwon at the back at least ugh." A true and correct copy of a screenshot of this Post is attached as **Exhibit 5**. Though the Post is fully in English, the User's X account information shows that the account is based in Malaysia and is connected via the Malaysia App Store. A true and correct copy of a screenshot of the User's X account "About this account" page is attached as **Exhibit 6**.

f.    The Post of the User of the X account named "bpsjmanager" with handle @bpsjmanager was published on or about February 20, 2026.[7] The Post is a reply comment on a news post[8] regarding idioms I had posted on social media shortly after a significant political event in Korea. The User's Post contains the following insulting and derisive statement against me (as translated from the statement originally in Korean): "Everyone kept telling this bastard how great he was because he made it big on a global scale, and now he thinks he can spout bullshit." True and correct copies of screenshots of this Post prior to and after the suspension of the account that made the news post are attached collectively as **Exhibit 7**.

g.    The Post of the User of the YouTube account with handle @whalien7475 is a comment on a news video published by YouTube account "KNN NEWS" on or about February 20, 2026 regarding idioms I had posted on social media shortly after a significant political event in Korea.[9] The Post contains the following insulting and derisive

---

[6] This Post is publicly accessible at the URL https://x.com/nctshunty/status/1990020487473459500, as of June 3, 2026.

[7] This Post is publicly accessible at the URL https://x.com/bpsjmanager/status/2025033264436838906, as of June 3, 2026.

[8] This news post was by X account "SBS NEWS LIVE" (handle @SBSNewsLive) on or about February 20, 2026, which has since been suspended.

[9] This Post is publicly accessible at the URL https://www.youtube.com/watch?v=KtRHW4FwZqc&lc=UgwU0cQfF3h8coPSaKp4AaABAg, as of June 3, 2026.

4
**DECLARATION OF SIWON CHOI**

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

statements against me (as translated from statements originally in Korean): "That person's eyes are filled with a disturbing madness. He has been unlikeable since the past. He is an ignorant person completely consumed by his own convictions." A true and correct copy of a screenshot of this Post is attached as **Exhibit 8**.

h.    The Post of the User of the YouTube account with handle @욱담소 is a comment on a news video published by YouTube account "KNN NEWS" on or about February 20, 2026 regarding idioms I had posted on social media shortly after a significant political event in Korea.[10] The Post contains the following insulting and derisive statements against me (as translated from statements originally in Korean): "The need to exterminate these fanatic Christians, cultists, and insurrectionist dogs is urgent. At this point, it's impossible to even tell whether they're a megachurch or an original cult." A true and correct copy of a screenshot of this Post is attached as **Exhibit 9**.

i.    The Post of the User of the YouTube account with handle @youngoklee7840 is a comment on a news video published by YouTube account "KNN NEWS" on or about February 21, 2026 regarding idioms I had posted on social media shortly after a significant political event in Korea.[11] The Post contains the following insulting and derisive statement against me (as translated from the statement originally in Korean): "This ignoramus must have picked up the idiom from somewhere and probably used it without even knowing what it means." A true and correct copy of a screenshot of this Post is attached as **Exhibit 10**.

j.    The Post of the User of the YouTube account with handle @yqlee5966 is a comment on a news video published by YouTube account "YTN" on or about February 23, 2026 regarding a Bible verse I had posted on social media shortly after publicly receiving an

---

[10] This Post is publicly accessible at the URL https://www.youtube.com/watch?v=KtRHW4FwZqc&lc=Ugzqyk7uAcv-GZV5VJF4AaABAg, as of June 3, 2026.

[11] This Post is publicly accessible at the URL https://www.youtube.com/watch?v=2ADS8PLDkJw&lc=UgwlomzCqK-UNjC8UKp4AaABAg, as of June 3, 2026.

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

invitation from a YouTuber who the video describes as a "hardline conservative."[12] The Post contains the following insulting and derisive statement against me (as translated from the statement originally in Korean): "These crazy bastards, they're clearly part of the Shincheonji Church of Jesus." A true and correct copy of a screenshot of this Post is attached as **Exhibit 11.**

5. As described above, the Users' Posts insult and disparage me in such a degrading and defamatory manner that I have suffered severe mental and psychological distress. The Posts also significantly harm my social and professional reputation, both as an individual artist and as a member of my group Super Junior. As such, I retained the Korean law firm The Alpha to initiate a civil lawsuit in Korea for claims of insult and defamation against all ten (10) Users, which was filed on or about May 18, 2026.

6. I have not been able to uncover the true identities of the Users yet, which prevents me from proceeding with my lawsuit against them in Korea. Based on the use of the Korean language in the Posts and/or the location information of the Users' accounts, I believe none of the Users are U.S. citizens or present in the United States.

7. The information that I seek pursuant to my Application regarding the Users' true identities is necessary to proceed with the civil lawsuit I have filed against them in Korea and, once obtained, will only be used for that purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of June, 2026, in Seoul, Korea.

Siwon Choi

---

[12] This Post is publicly accessible at the URL https://www.youtube.com/watch?v=D5LJLqh4yGs&lc=Ugz0FSnf6TJhhBI8Gtx4AaABAg, as of June 3, 2026.

**DECLARATION OF SIWON CHOI**

# EXHIBIT 1



# EXHIBIT 2

X

**Post**

**린도🌻** @sjdl03 · Nov 11, 2025
🎭 Fan account

Show translation ⚙

시원아 넌 우리가 병신으로 보이니?
너가 하는 짓 올리는 것들
뭔지 우리가 모를것같니?
자꾸 정치를 떠나서 이러는데
너 극우 보수인거 누가몰라?
떠나긴 뭘떠나 너에게서 엘프들이 떠나겠지
정신좀 차려 제발
너 정치하고 싶으면 그냥 정치인을 하라니까?
슈주도 하고 싶어? 두마리토끼 다잡을순없어

💬 1    🔁 169    ♡ 457    📊 121K

**애오** @chyulullu

Show translation

진짜 제가 몇 번 쓰려다가 지운 게 정치 하고 싶어도 지금까지의 병크 때문에 글렀으니 슈주 활동이나 노력해라였습니다
내 기준 최선 병크 터트리는 잼민인데 리액션과 이미지로 정치 추천 받는 인간 정도 밖에 안 돼서요...ㅋㅋㅋㅋ

10:10 AM · Nov 11, 2025 · **15.5K** Views

💬 1    🔁    ♡ 19    🔖    ↑

Post your reply    Reply

**린도🌻** @sjdl03 · Nov 11, 2025
🎭 Fan account

차라리 정치판으로 아예 빠져버리면 그게나아요 정치판은 범죄도 흔하고 아주 다양하게 병크가 상당한 곳이라 오히려 최시원이 나아보이는 효과... 슈주를 할 거면 제발 슈주만 전념해주길.........

💬 1    🔁    ♡ 11    📊 15K

**애오** @chyulullu · Nov 11, 2025

이게 진짝ㅋㅋㅋㅋㅋㅋㅋㅋㅋ 겁나 웃긴 겔ㅋㅋㅋㅋㅋ 뒤에다가 아 정치 하려면 병크가 패시브인가?도 썼다가 지웠다는 걸ㅋㅋㅋㅋ 미치겠다 진짜ㅋㅋㅋㅋㅋㅋ
좀 그렇긴 해요 아이돌은 희망을 주는 직업이고 정치인은 아무래도 희망을 뺏는 쪽에 가까우니......

💬 1    🔁    ♡ 3    📊 5.2K

Show replies

Search

**Relevant people**



**애오**
@chyulullu    Follow
은해로 영원한 사랑도 있음을 느껴

**린도🌻**
@sjdl03    Follow
🎭 Fan account
☀눈이 부시게도 동해 떴네☀

**What's happening**

Scary Movie    ⋯
In theatres this Friday
↗ Promoted by Scary Movie

Politics · Trending    ⋯
**Rigged**

Music · Trending    ⋯
**Weezer**

Sports · Trending    ⋯
**Sam Antonacci**

Show more

Terms of Service  |  Privacy Policy
Cookie Policy  |  Accessibility  |  Ads info  |
More ⋯    © 2026 X Corp.

# EXHIBIT 3

X

🔍 Search

**Post**

린도🌻 @sjdl03 · Nov 11, 2025
📇 Fan account

🚫 Show translation ⚙️

시원아 넌 우리가 병신으로 보이니?
너가 하는 짓 올리는 것들
뭔지 우리가 모를것같니?
자꾸 정치를 떠나서 이러는데
너 극우 보수인거 누가몰라?
떠나긴 뭘떠나 너에게서 엘프들이 떠나겠지
정신좀 차려 제발
너 정치하고 싶으면 그냥 정치인을 하라니까?
슈주도 하고 싶어? 두마리토끼 다잡을순없어

💬 1     🔁 169     ❤️ 457     📊 121K     🔖 ⬆️

애오 @chyulullu · Nov 11, 2025
진짜 제가 몇 번 쓰려다가 지운 게 정치 하고 싶어도 지금까지의 병크 때문에 글 렀으니 슈주 활동이나 노력해라였습니다
내 기준 최선 병크 터트리는 잼민인데 리액션과 이미지로 정치 추천 받는 인간 정도 밖에 안 돼서요...ㅋㅋㅋㅋ

💬 1     🔁     ❤️ 19     📊 15K     🔖 ⬆️

린도🌻 @sjdl03 · Nov 11, 2025
📇 Fan account

차라리 정치판으로 아예 빠져버리면 그게나아요 정치판은 범죄도 흔하고 아주 다양하게 병크가 상당한 곳이라 오히려 최시원이 나아보이는 효과... 슈주를 할 거면 제발 슈주만 전념해주길.........

💬 1     🔁     ❤️ 11     📊 15K     🔖 ⬆️

애오 @chyulullu · Nov 11, 2025
이게 진짝ㅋㅋㅋㅋㅋㅋㅋㅋㅋㅋ 겁나 웃긴 겔ㅋㅋㅋㅋㅋ 뒤에다가 아 정치 하려 면 병크가 패시브인가?도 썼다가 지웠다는 걸ㅋㅋㅋㅋ 미치겠다 진짜ㅋㅋㅋㅋ ㅋㅋ
좀 그렇긴 해요 아이돌은 희망을 주는 직업이고 정치인은 아무래도 희망을 뺏는 쪽에 가까우니......

💬 1     🔁     ❤️ 3     📊 5.2K     🔖 ⬆️

린도🌻 @sjdl03
📇 Fan account

🚫 Show translation

진심으로 선한 영향력만 주는 정치인이 되고싶었다면 애초에 20대때부터 그 쪽에 전념했어야함요 슈주같은거 해서 어줍잖게 연예인되려고 하지말고 ㅇ ㅇ 갑자기 나이먹고ㅠ노망났나 얘가 왜이래? ㄹㅇ

10:29 AM · Nov 11, 2025 · **4,994** Views

💬 1     🔁     ❤️ 4     🔖 ⬆️

👤 Post your reply      [Reply]

애오 @chyulullu · Nov 11, 2025
하 겁나 시원해
왜 그는 지 이름도 못 따라갔는지...?
사실 주슈 팬이라고 30넘어서 어디가서 당당하게 이야기 하기 힘든 것도 그들의 지속적인 병크가 큰몫을 차지하고 있지 않나 싶어요
엘프 창피하게 하지 마라 진짜 뒤지기 싫으면

💬 1     🔁     ❤️ 10     📊 4.1K     🔖 ⬆️

**Relevant people**

린도🌻 @sjdl03    [Follow]
📇 Fan account
☀️눈이 부시게도 동해 떴네☀️

애오 @chyulullu    [Follow]
은해로 영원한 사랑도 있음을 느껴

**What's happening**

Scary Movie
In theatres this Friday
📣 Promoted by Scary Movie

Politics · Trending
**Rigged**

Trending in United States
**Jimmy Durante**

Sports · Trending
**George Kirby**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···  |  © 2026 X Corp.

# EXHIBIT 4

← **Post**

새벽 @superjuniorpstr · Nov 13, 2025    ···
⌀ Show translation ⚙

인간 최시원이 아니라 아이돌 최시원으로서 사랑을 받으셨으면 그에 대한 책임을 지시고 의무를 다하세요
대우는 아이돌로 받고 싶은데 팬들은 인간 최시원까지 용납해주길 바라고
의무는 다하지 않으면서도 팬들이 자신의 잘못을 덮어 주는 건 의무이길 바라십니까
진절머리가 납니다 진짜

💬 1          ↻ 3          ♡ 20          �ⅈⅈⅰ 2.1K          🔖  ⬆

새벽 @superjuniorpstr · Nov 13, 2025    ···
⌀ Show translation ⚙

우리가 당신의 잘못을 덮고 넘어가며 당신이 아이돌에 걸맞지 않은 언행을 하며 그룹과 팬들의 명예를 더럽힐 때도 넘어간 건 그룹의 멤버이자 우리의 아이돌인 당신을 사랑해서지 우리가 머저리여서가 아닙니다
그런데 당신은 사과라는 명목으로 또다시 팬들을 기만하고 소통을 단절합니다

💬 1          ↻ 1          ♡ 4          ⅈⅈⅰ 698          🔖  ⬆

새벽
@superjuniorpstr                              ⌀   ···

⌀ Show translation

욕 먹기 싫으시면 은퇴하고 정치를 하시고 극우 유튜버라도 하십시오
그럼 최시원 추종자들이 또 형님형님 하며 좋아해줄 거 아닙니까
우리랑 소통하기 싫고 알량한 자존심과 모자란 머리 탓에 우매하게 굴겠다면 그냥 나가시지 뭐하러 아이돌 타이틀 다십니까
이 와중에 돈은 좋아서?

2:54 AM · Nov 13, 2025 · **1,255** Views

💬          ↻ 1          ♡ 7          🔖          ⬆

 Post your reply                                [ Reply ]

🔍 Search

### Relevant people

새벽
@superjuniorpstr                [ Follow ]
엘프 fan account 애정하는 사람들의 행복을 바라요⭐ spinspin.net/superjuniorpstr

### What's happening

**Scary Movie**
In theatres this Friday
↗ Promoted by Scary Movie

Trending in United States
**Jimmy Durante**                  ···

Sports · Trending
**George Kirby**                   ···

Trending in United States
**Gemma 4 12B**                    ···

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility   Ads info   More ···   © 2026 X Corp.

# EXHIBIT 5

← **Post**

**mi 愛**
@nctshunty

put that bitch ass siwon at the back at least ugh



**SUPER JUNIOR** ✅ 🎀 @SJofficial · Nov 15, 2025
#쿤 #샤오쥔 과 함께💙✋

#슈퍼주니어 #SUPERJUNIOR
#WayV #威神V

3:33 AM · Nov 16, 2025 · **176** Views

Post your reply                                    Reply

**Relevant people**



**mi 愛**                                    Follow
@nctshunty
going to prison for yuta & mark

**SUPER JUNIOR** ✅ 🎀                      Follow
@SJofficial
SUPER JUNIOR 슈퍼주니어 The 12th
Album【Super Junior25】↝ 2025.07.08
6PM (KST)

**What's happening**

**Scary Movie**                                ...
In theatres this Friday
↗ Promoted by Scary Movie

Trending in United States                       ...
**Jimmy Durante**

Sports · Trending                               ...
**George Kirby**

Trending in United States                       ...
**Gemma 4 12B**

Show more

Terms of Service   |   Privacy Policy   |   Cookie Policy   |
Accessibility     Ads info     More ···   © 2026 X Corp.

# EXHIBIT 6

# About this account

**mi 愛**
@nctshunty

Date joined
September 2020

Account based in
Malaysia

2 username changes
Last on September 2020

Connected via
Malaysia App Store

Search

## What's happening

**Scary Movie**
In theatres this Friday
↗ Promoted by Scary Movie

Trending in United States
**Jimmy Durante**

Sports · Trending
**George Kirby**

Trending in United States
**Gemma 4 12B**

Show more

## Who to follow

**Snapchat Support** ✔ 📸
@snapchatsupport
Follow

**KATY PERRY** ✔
@katyperry
Follow

**Shakira** ✔
@shakira
Follow

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ⋯ | © 2026 X Corp.

EXHIBIT 7



← **Post**

This Post is from a suspended account. Learn more

**bpsjmanager**
@bpsjmanager

⊘ Show translation

이 세끼가 세계적으로 놀아서 이쁘다 이쁘다 해줬더니 어디서 개소리를......

6:22 PM · Feb 20, 2026 · **12K** Views

💬     ⟲     ♡ 14     🔖 1     ⬆

Post your reply     Reply

**Q** Search

**Relevant people**

**bpsjmanager**
@bpsjmanager     Follow
bpsjmanager

**What's happening**

**Scary Movie**
In theatres this Friday
↗ Promoted by Scary Movie

Politics · Trending
**USPS**

Trending in United States
**She-Ra**

Trending in United States
**Jimmy Durante**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ⋯   © 2026 X Corp.




# EXHIBIT 8



**최시원, 尹 선고 후 '불의필망'...무슨 뜻? #shorts**

**KNN NEWS**
1.21M subscribers

Subscribe

👍 12K  👎  ↗ Share  ✦ Ask  •••

1,443,679 views  Feb 20, 2026
#knn뉴스

제보
카톡 : 'KNN' 친구추가
메일 : knnstorynews@gmail.com
       adknn@knn.co.kr

홈페이지 www.knn.co.kr
검색 : KNN

## How this was made

**Auto-dubbed**
Audio tracks for some languages were automatically generated. Learn more

## Ask

Get answers, explore topics, and more

✦ Ask questions



**1,852 Comments**     Sort by

S   Add a comment...

Highlighted comment

@whalien7475 3 months ago
저 사람은 눈이 불온한 광기로 가득해
예전부터 비호감임
무식한 자가 자기 신념으로 똘똘 뭉쳐 있음
Translate to English

Reply

# EXHIBIT 9





## 최시원, 尹 선고 후 '불의필망'...무슨 뜻? #shorts



**KNN NEWS**
1.21M subscribers

Subscribe

👍 12K  👎  ↪ Share  ✦ Ask  •••

1,443,679 views  Feb 20, 2026
#knn뉴스

제보
카톡 : 'KNN' 친구추가
메일 : knnstorynews@gmail.com
　　　adknn@knn.co.kr

홈페이지 www.knn.co.kr
검색 : KNN

### How this was made

**Auto-dubbed**
Audio tracks for some languages were automatically generated. Learn more

### Ask

Get answers, explore topics, and more

✦ Ask questions

**Transcript**

Follow along using the transcript.

Show transcript

**KNN NEWS**
1.21M subscribers

▶ Videos     About     📷 인스타그램     f 페이스북

Show less

**1,852 Comments**     Sort by

S     Add a comment...

Highlighted comment

@욱담소 3 months ago
개독 개싸이비 내란견들 박멸이 시급하다. 대형교회인지 오리지널 싸이비인지 이제 구분도 안된다. 예배시간에 정치선동, 선거개입, 빨갱이, 공산당 타령하는데 많다. 그러니 이런 생각없는 것들이 여기저기 튀어 나오지

Translate to English

👍 👎     Reply

# EXHIBIT 10





**최시원, 尹 무기징역에 '불의필망'...논란 커지자 "고소장 제출" / KNN**



**KNN NEWS**
1.21M subscribers

Subscribe

👍 3.1K    👎    ↪ Share    ✦ Ask    •••

**336,753 views  Feb 21, 2026  #knn뉴스**
#knn뉴스

제보
카톡 : 'KNN' 친구추가
메일 : knnstorynews@gmail.com
　　　adknn@knn.co.kr

홈페이지 www.knn.co.kr
검색 : KNN

## How this was made

**Auto-dubbed**
Audio tracks for some languages were automatically generated. Learn more

## Ask

Get answers, explore topics, and more

✦ Ask questions



**3,361 Comments**     Sort by

Add a comment...

Highlighted comment

**@youngoklee7840** 3 months ago
무식한놈이 어디서 사자성어 하나 주워들었나부다 아마 뭔소린지도 모르고 썼을꺼야
Translate to English

👍 1  👎     Reply

# EXHIBIT 11





"우파가 서포트" 전한길 러브콜 이후...최시원, SNS에 의미심장한 글 [지금이뉴스] / YTN



YTN ✓
5.34M subscribers

Subscribe

👍 129    👎    ➦ Share    ✦ Ask    •••

15,613 views  Feb 23, 2026  #지금이뉴스

강성 보수 유튜버 전한길이 가수 겸 배우 최시원에게 공개적으로 러브콜을 보낸 이후, 최시원이 자신의 SNS에 의미심장한 메시지를 남기며 논란이 커지고 있습니다.

최시원은 지난 23일 자신의 SNS에 "일의 결국을 다 들었으니 하나님을 경외하고 그 명령을 지킬지어다. 이것이 사람의 본분이니라"는 전도서 12장 13절 성경 구절을 올렸습니다.

하루 전인 22일에도 "여호와와 그 능력을 구할지어다"라는 역대상 16장 11절 구절을 게시한 바 있습니다.

이를 두고 전한길이 운영하는 유튜브 채널에서 최시원을 언급하며 오는 3월 2일 열리는 '3·1절 기념 자유음악회' 출연을 공개 요청한 것과 맞물려 여러 해석이 제기되고 있습니다.

전한길은 방송에서 최시원을 "개념 있고 진정성이 느껴지는 연예인"이라고 평가하며 지지를 호소했습니다.

앞서 최시원은 지난 19일 윤석열 전 대통령이 '12·3 비상계엄' 관련 내란 우두머리 혐의로 1심에서 무기징역을 선고받은 직후, SNS에 '불의필망, 토붕와해'라는 사자성어를 올려 정치적 메시지 아니냐는 추측을 낳았습니다.

또한 최시원은 지난해 도널드 트럼프 대통령의 측근이자 보수 운동가였던 고(故) 찰리 커크를 추모하는 글을 게시한 바 있으며, 당시에 "정치적 성향을 떠나 한 가정의 가장이자 그리스도인으로서 겪은 비극에 대해 마음이 아파 추모한 것"라고 해명했습니다.

논란이 확산되자 소속사 SM엔터테인먼트는 "허위 정보 생성과 조롱성 게시물에 대해 증거를 확보하고 있으며, 확인된 범법 행위에 대해서는 단계적으로 법적 대응을 확대할 예정"이라고 밝혔습니다.

오디오 | AI앵커
제작 | 이 선
출처 | 최시원 SNS

#지금이뉴스

▶ 기사 원문 : https://www.ytn.co.kr/_ln/0134_202602...
▶ 제보 하기 : https://mj.ytn.co.kr/mj/mj_write.php

▣ YTN 유튜브 채널 구독 : http://goo.gl/Ytb5SZ

© YTN 무단 전재, 재배포금지 및 AI 데이터 활용 금지

## Ask

Get answers, explore topics, and more

✦ Ask questions

## Transcript

Follow along using the transcript.

Show transcript

### YTN
5.34M subscribers

▶ Videos      About

Show less

---

207 Comments      Sort by

Add a comment...

**Highlighted comment**



@yqlee5966 3 months ago
미친놈들 저거 신천지다니는구만
Translate to English

👍 14   👎      Reply