Soojin Youn, State Bar No. 331888
LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:   (213) 623-2211
Emails: syoun@lhlaw.com

Attorneys for Applicant
Siwon Choi

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Siwon Choi,<br><br>　　　　　Applicant. | Case No.:<br><br>**DECLARATION OF HYUNG CHUL LEE IN SUPPORT OF SIWON CHOI'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

1

**DECLARATION OF HYUNG CHUL LEE**

I, Hyung Chul Lee, declare as follows:

1.    I am an attorney licensed to practice law in the Republic of Korea, and I am a Partner at the law firm The Alpha in Seoul, Korea. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify thereto. My native language is Korean, but I have sufficient knowledge of English to offer this English-language declaration.

2.    This declaration is in support of Applicant Siwon Choi's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 authorizing discovery for use in a foreign proceeding (the "Application").

3.    Applicant Siwon Choi ("Applicant") retained The Alpha to represent him in a civil litigation matter involving ten (10) anonymous internet users (collectively, the "Users") who posted defamatory and insulting statements against Applicant on the social media platforms X (formerly Twitter) and YouTube (collectively, the "Posts"). I have reviewed the Users and their Posts, as further described in the Declaration of Siwon Choi filed concurrently herewith, and there is no indication that the Users are U.S. citizens or present in the United States.

4.    On or about May 18, 2026, Applicant filed a civil lawsuit against the Users before the Seoul Central District Court in Korea, Case Number 2026*GADAN*50418 (Korean original: 2026 가단 50418), for claims of insult and defamation pursuant to Articles 750 and 751 of the Civil Act of Korea (the "Korean Lawsuit"). I am the lead attorney of record for Applicant in the Korean Lawsuit.

5.    Article 750 of the Civil Act of Korea addresses the definition of torts and provides:

> Any person who causes losses to or inflicts injuries on another person by an unlawful act, intentionally or negligently, shall be bound to make compensation for damages arising therefrom.

Civil Act of Korea, art. 750.[1]

---

[1] English translation provided by Korea Legislation Research Institute, available at https://elaw.klri.re.kr/eng_service/lawView.do?hseq=29453&lang=ENG.

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

6.    Article 751 of the Civil Act of Korea addresses the compensation for non-economic damages and provides:

> (1) A person who has injured the person, liberty or fame of another or has inflicted any mental anguish to another person shall be liable to make compensation for damages arising therefrom.
> (2) The court may order the guilty party to discharge the compensation mentioned in paragraph (1) by periodical payments, and may order such guilty parties to offer reasonable security in order to insure his performance of such obligations.

Civil Act of Korea, art. 751.[2]

7.    Based upon my experience as an attorney licensed to practice law in the Republic of Korea, it is my opinion that Applicant's claims in the Korean Lawsuit satisfy all elements of a tort of defamation under Korean law, pursuant to Article 750 of the Civil Act of Korea.

8.    In Korea, service of process is conducted by the courts on parties, including the initial pleadings which are served on the respondents based on the identifying information provided by the petitioners. Applicant has been unable to discover the true identities of the Users and thus unable to provide the personally identifiable information necessary to enable the Korean court to serve Applicant's complaint in the Korean Lawsuit. In order to proceed with the Korean Lawsuit, Applicant seeks to obtain the necessary personally identifiable information of the Users through Section 1782 discovery.

9.    I am informed that such personally identifiable information of Users whose Posts are on the X platform is held by X Corp. and that of Users whose Posts are on the YouTube platform is held by Google LLC ("Google"), both of which are not parties to the Korean Lawsuit. X Corp.'s principal office is located at 1450 Page Mill Road, Palo Alto, California 94304, according to X Corp.'s most recent Statement of Information filed with the California Secretary of State on April 22, 2026, a true and correct copy of which is attached as **Exhibit 1**. Google's principal office is located at 1600 Amphitheatre Parkway, Mountain View, California 94043, according to Google's most recent Statement of Information filed

---

[2] *Supra*, fn. 1.

3
**DECLARATION OF HYUNG CHUL LEE**

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

with the California Secretary of State on September 4, 2025, a true and correct copy of which is attached as **Exhibit 2**. As such, the information sought by Applicant from X Corp. and Google is beyond the reach of the jurisdiction of the courts of Korea.

10.    Based on my experience and knowledge, I believe that Korean courts are generally receptive to receiving assistance from United States federal courts in discovery and I am aware of numerous matters in which defamation matters were able to proceed before Korean courts using information obtained through Section 1782 discovery granted by this very judicial District.

11.    Based on my experience and knowledge, I am not aware of any restrictions or policies under Korean law that would limit United States federal court judicial assistance for the purposes described in the Application. Thus, it is my opinion that Applicant is not attempting to circumvent any foreign proof-gathering restrictions or policies of Korea or the United States.

12.    Based on my experience and knowledge, the information sought by Applicant from X Corp. and Google pursuant to the Application (which includes names, dates of birth, addresses, email addresses, phone numbers, financial service institution names and account numbers, and IP access logs of the Users) is not unduly intrusive or burdensome, because it is narrowly tailored and limited to the discovery of information necessary to obtain the true identities of the Users, for the following reasons:

a.    The personally identifiable information that Korean courts need to be able to serve process on an individual against whom a lawsuit is initiated include as a basis that individual's legal name, address, and date of birth;

b.    Generally, if the party initiating the lawsuit can provide the name and date of birth of the respondent to a Korean court, then the Korean court can issue a warrant to obtain the registered address of the respondent from the local government, as all Korean citizens and residents must register their residential address with the local government. However, if there are multiple individuals with the same name (which is a common

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

4

**DECLARATION OF HYUNG CHUL LEE**

occurrence in Korea) or if the registered address is incorrect, the local Korean government will not be able to disclose the registered information;

     c.    It is extremely common for individuals to register false personally identifiable information with their social media accounts. Thus, it is highly probable that obtaining only a user's self-registered name, date of birth, and address information from X Corp. and Google will be insufficient to effectively identify the user for purposes of serving process on them;

     d.    If the respondent's Korean telephone number or email address on a Korean mail server is known, a Korean court warrant can be obtained to seek the name and date of birth of the respondent from the corresponding Korean telecommunications company. However, it is possible that such personal information that the respondent registered with the Korean telecommunications company is false;

     e.    The access logs of X and YouTube users (including access dates/times and IP addresses), are recorded by X Corp. and Google, respectively, when the users access and interact with such platforms and can be used to seek the information of such individuals from the corresponding internet service providers and online service providers. However, the individuals may have used public IP addresses or used VPNs to disguise their true IP addresses, and the internet service providers or online service providers may not have obtained or retained accurate personal information of such users; and

     f.    There is a higher possibility that individuals register their true personal information when registering their bank, credit card, or other financial account information with X Corp. or Google in order to make payments or receive compensation for their activities on the X and YouTube platforms. However, a user may still have registered false or no personal information when registering their financial accounts with X Corp. or Google. If a respondent's financial institution name and account are known, a Korean court warrant can be obtained to seek the name and date of birth of the respondent from the corresponding Korean financial institution.

5

**DECLARATION OF HYUNG CHUL LEE**

13. Based on my experience and knowledge, X and YouTube users can request to have their data registered with X Corp. and Google deleted, so even if X Corp. and/or Google previously possessed the information being sought through the Application, the Users can have their respective information deleted such that X Corp. and/or Google no longer possess such information by the time they make a production in response to a subpoena approved pursuant to the Application. Moreover, if the information permitted to be subpoenaed from X Corp. and Google is initially limited to exclude financial account-related information, the Users will be notified by the respective platforms prior to disclosure of such limited information, which will give them the opportunity to have any financial account-related information deleted before a subsequent subpoena can be approved through a second application pursuant to 28 U.S.C. § 1782 and a corresponding production is made by X Corp. and/or Google. As such, it is critical for the purpose of ascertaining the identity of the Users that X Corp. and Google be required to produce all information sought pursuant to the Application, particularly with respect to any existing information they have regarding financial institution names and account numbers, in the first instance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of June, 2026, in Seoul, Korea.

_Hyung Chul Lee_

Hyung Chul Lee

**DECLARATION OF HYUNG CHUL LEE**

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017

EXHIBIT 1

BA20260888107



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20260888107

Date Filed: 4/22/2026

| Entity Details | |
| --- | --- |
| Corporation Name | X Corp. doing business in California as, X Corp., a Nevada Corporation |
| Entity No. | 5616182 |
| Formed In | NEVADA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 1450 PAGE MILL ROAD PALO ALTO, CA 94304 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 1450 PAGE MILL ROAD PALO ALTO, CA 94304 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 1450 PAGE MILL ROAD PALO ALTO, CA 94304 |

Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ▪ Elon Musk | 1450 PAGE MILL ROAD PALO ALTO, CA 94304 | Chief Executive Officer, Chief Financial Officer, Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

Directors

| Director Name | Director Address |
| --- | --- |
| None Entered | |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | UNITED AGENT GROUP INC. Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | The purpose is to operate an online platform offering information services. |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B4619-5487 04/22/2026 12:46 PM Received by California Secretary of State

Page 1 of 2

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Theresa Fagan, Special Secretary*                    *04/22/2026*

Signature                                              Date

B4619-5488 04/22/2026 12:46 PM Received by California Secretary of State

# EXHIBIT 2

BA20251785085



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

<table>
<tr><td colspan="2">For Office Use Only</td></tr>
<tr><td colspan="2" align="center">**-FILED-**</td></tr>
<tr><td colspan="2">File No.: BA20251785085</td></tr>
<tr><td colspan="2">Date Filed: 9/4/2025</td></tr>
</table>

Entity Details

| | |
|---|---|
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| Attention | Attn: Legal Dept. |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway Mountain View, CA 94043 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | TECHNOLOGY COMPANY |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| Sundar Pichai | 1600 Amphitheatre Parkway Mountain View, CA 94043 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B3986-2162 09/04/2025 1:28 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Kathryn W. Hall*

Signature

*09/04/2025*

Date

B3986-2163 09/04/2025 1:28 PM Received by California Secretary of State