Soojin Youn, State Bar No. 331888
LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:  (213) 623-2211
Email: syoun@lhlaw.com

Attorneys for Applicant
Siwon Choi

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Siwon Choi,<br><br>    Applicant. | Case No.:<br><br>**[PROPOSED] ORDER GRANTING SIWON CHOI'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

1

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

**[PROPOSED] ORDER**

This matter comes before the Court on Applicant Siwon Choi's *Ex Parte* Application pursuant to 28 U.S.C. § 1782 (the "Application"), which seeks an Order from the Court authorizing discovery from X Corp. and Google LLC ("Google") for use in a civil action for claims of insult and defamation currently pending in the Republic of Korea.

The Court, having fully considered the Application, and good cause appearing, orders as follows:

1.    The Application is GRANTED.

2.    Applicant is authorized to issue and serve subpoenas for the production of documents on X Corp. and Google in forms substantially similar to the proposed subpoenas attached to the Application as **Exhibit 1** and **Exhibit 2**, respectively.

3.    Applicant's counsel must serve a copy of this Order together with the subpoenas on X Corp. and Google.

4.    The Court retains jurisdiction over this matter.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                    UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

LEE, HONG, DEGERMAN, KANG & WAIMEY
801 South Figueroa Street, Suite 2000
Los Angeles, California 90017